UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: William & Ericka Walker

Case No.: 17-22578/JNP

Chapter: 7

Judge: JNP

### NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __September 5, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
84 State Street
Penns Grove, NJ
FMV - $109,000.00

Liens on property:
Central Loan Admin - $94,831.00
DiTech - $43,045.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
William S. Walker
Ericka A Walker
    Debtors

Case No. 17-22578-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Aug 09, 2017
                              Form ID: pdf905            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
```
db/jdb         +William S. Walker,    Ericka A Walker,   84 State Street,    Penns Grove, NJ 08069-1624
516891833      +Advanced ENT,    Patient Bill Processing Center,    PO Box 49000,   Baltimore, MD 21297-4900
516891835       C&H Collection Services,    PO Box 1399,    Merchantville, NJ 08109-0399
516891836      +Capital One,    Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
516891839      +Convergent Healthcare Recoveries,    PO Box 6209,    Depart. 0102,   Champaign, IL 61826-6209
516891840       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516891841      +Craig Lyons,    136 Gaither Drive,   Suite 100 PO Box 1269,    Mount Laurel, NJ 08054-1725
516891842       Credence Resource Management LLC,    PO Box 2090,    Southgate, MI 48195-4090
516891843      +Credit Control Corp,    Po Box 120568,    Newport News, VA 23612-0568
516891845     #+Equidata,    Attn: Bankruptcy,   724 Thimble Shoals Blvd,    Newport News, VA 23606-2574
516891847      +Faloni & Associates,    165 Passaic Ave Suite 301B,    Fairfield, NJ 07004-3592
516891848       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516891849      +Freeman & Mintz,    34 Tanner Street Ste C,    Haddonfield, NJ 08033-2482
516891850      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516891854      +Medical Data Systems Inc,    Mds,   2001 9th Ave  Ste 312,    Vero beach, FL 32960-6413
516891855       Memorial Hospital of Salem,    PO Box 503899,    Saint Louis, MO 63150-3899
516891856      +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
516891857      +Monroe And Main,    1112 Seventh Ave.,    Monroe, WI 53566-1364
516891858      +Norfolk General Hospital,    600 Gresham Drive,    Norfolk, VA 23507-1999
516891859       Norman Broudy,M.D. and Associates,    825 Washington Street,    Wilmington, DE 19801-1509
516891860      +PMAB, LLC,    4135 South Stream Blvd,    Suite 400,   Charlotte, NC 28217-4636
516891863       Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
516891864       The Memorial Hospital of Salem County,    310 Woodstown Road,    Salem, NJ 08079
516891865      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2017 22:31:10      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2017 22:31:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516891834      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 09 2017 22:30:53      Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
516891837      +E-mail/Text: bkr@cardworks.com Aug 09 2017 22:30:29      Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
516891838      +E-mail/Text: kzoepfel@credit-control.com Aug 09 2017 22:31:11
                 Central Loan Administration & R,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
516891844      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 09 2017 22:30:57      Ditech,   Attn:bankruptcy,
                 PO Box 6172,   Rapid City, SD 57709-6172
516891846      +E-mail/Text: bknotice@erccollections.com Aug 09 2017 22:31:12      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516891851       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2017 22:31:21      Jefferson Capital Systems,
                 16 McLeland Rd,   Saint Cloud, MN 56303
516891853      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2017 22:33:32      LVNV Funding,
                 Po Box 10497,   Greenville, SC 29603-0497
516891861       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 22:55:37
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516891862       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 22:55:45
                 Portfolio Recovery Associates,LLC,    P.O. Box 12914,   Norfolk, VA 23541
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516891852*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud, MN 56303)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Aug 09, 2017
                              Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gary M. Salber    on behalf of Debtor William S. Walker gsalberlaw@comcast.net
              Gary M. Salber    on behalf of Joint Debtor Ericka A Walker gsalberlaw@comcast.net
              Joseph   Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```